IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDWARD KSIAZEK, *et al.*            *

    Plaintiffs            *   Civil Action No.: JFM 01-2959

v.            *

ROYAL INSURANCE COMPANY            *
OF AMERICA, *et al.*
                *
    Defendants

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Edward John Ksiazek and Kimberly Ksiazek, and Defendants, Gulf Insurance Company, Royal Insurance Company of America and Reliance National Indemnity Company by their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate to voluntarily dismiss *without prejudice* Plaintiffs' complaint for declaratory judgment against Defendants Royal Insurance Company of America, et al. Plaintiffs' complaint for declaratory judgment was originally filed in state court in the same case as their previously filed tort action against Defendant Builders Transport, Inc., ("Builders Transport") and was removed to this Court by the Defendants. Builders Transport filed for bankruptcy protection while Plaintiffs' tort claim was pending and before final judgment. It is expressly agreed and stipulated by the parties hereto that this notice of dismissal does not operate as an adjudication upon the merits of Plaintiffs' complaint for declaratory judgment nor does this notice of dismissal operate as a dismissal or as an adjudication on the merits of Plaintiffs' underlying state court action.

KEMP & KEMP, PA

By: _____
Thomas L. Kemp
Federal Trial Bar No.: 01807
141 East Main Street
Elkton, Maryland 21921
410-398-0910
*Attorney for Plaintiffs*


Ferguson, Schetelich, & Heffernan, PA

By: _____
Robert L. Ferguson, Jr., Esquire
Federal Trial Bar No.: 00777
1401 Bank of America Center
100 S. Charles Street
Baltimore, Maryland 21201
*Attorneys for Defendant Gulf Insurance Company*

Parler & Wobber

By: William Parler /s/ with permission
William Parler, Esquire
Federal Trial Bar No.: 05087
406 E. Joppa Road
Towson, Maryland 21286
*Attorneys for Defendant Royal Insurance Company of America*

Lord, Bissell & Brook

By: Paula J. McGill /s/ with permission
Paula J. McGill, Esquire
Federal Trial Bar No.: 23496
The Proscenium, Suite 1900
1170 Peachtree Street, NE
Atlanta, Georgia 30309
*Attorneys for Defendant Reliance National Indemnity Company*